UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEOFFRIE ALLEN LEE DILL,            )<br>        Movant,  )<br>            )<br>vs.              )<br>            )<br>UNITED STATES OF AMERICA.  ) | Case No. 1:13-cv-1900-TWP-WGH |

**Entry on Pending Motions and Order to Show Cause**

Petitioner Geoffrie Allen Lee Dill ("Mr. Dill") has filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. Mr. Dill has also filed a Motion for Evidentiary Hearing and Appointment of Counsel for Discovery (Dkt. 3) and a Motion to Seal Documents (Dkt. 4). The Court, having considered the above action and the matters which are pending, makes the following rulings:

  1.  The clerk shall forward a copy of this Entry to the United States Attorney for this District. The United States is **notified** of the filing of the movant's motion for relief and memorandum in support pursuant to 28 U.S.C. § 2255. This material has been scanned into the electronic docket of this court.

  2.  The United States shall have **through January 4, 2014,** in which to answer the allegations of the motion for relief pursuant to 28 U.S.C. § 2255, and Mr. Dill shall have **twenty-one (21) calendar days** after service of the answer in which to reply.

  3.  Mr. Dill's motion to file documents under seal "due to the nature of some of the contents" (Dkt. 4) is **denied** because his motion lacks sufficient specificity to show any detriment that public access to his filings might cause. The **clerk** shall **unseal** docket items 2 and 3. If appropriate, Mr. Dill may renew this motion with specificity regarding harm due to public access.

4. Mr. Dill's motion for evidentiary hearing and appointment of counsel for discovery (Dkt. 3) is **denied without prejudice as premature**. After the government responds and the Court is thereby able to determine on what bases the government objects to the movant's claims, Mr. Dill may renew his request for an evidentiary hearing if he wishes to do so. If an evidentiary hearing is warranted, the Court will appoint counsel.

**IT IS SO ORDERED.**

Date: 12/06/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Geoffrie Allen Lee Dill
09906-028
Forrest City – Medium FCI
Inmate Mail/Parcels
P. O. Box 3000
Forrest City, AR  72336

Office of the United States Attorney
10 West Market Street Suite 2100
Indianapolis, IN  46204-3048

NOTE TO CLERK:  PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.